NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SWIFT PAWS, INC.,**

*Plaintiff-Appellee*

v.

**DEFENDANTS IDENTIFIED IN SCHEDULE A,**

*Defendant*

**ZHENDE TECH,**

*Defendant-Appellant*

---

2026-1709

---

Appeal from the United States District Court for the Middle District of Florida in No. 6:26-cv-00259-JSS-LHP, Judge Julie S. Sneed.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

2                                SWIFT PAWS, INC. V. ZHENDE TECH

FOR THE COURT

July 8, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** July 8, 2026